DIANE P. WOOD, Circuit Judge,
concurring.
I am happy to concur in my colleagues’ judgment affirming the district court’s grants of summary judgment in favor of the defendants with respect to the claims brought by Officers Driebel, Huston, and Pinchard. Based on the thorough review of the record that the majority has undertaken, I also concur in the judgment reversing the judgment in Officer Sgrig-nuoli’s case and remanding for further proceedings. I write only to emphasize that I do so on the understanding that the comments made in the majority’s opinion with respect to various facts pertaining to Officer Sgrignuoli’s case, such as the knowledge of various members of the Police Department at various times and the circumstances surrounding his own conduct, refer only to the summary judgment record, where we are taking everything for present purposes in the fight most favorable to the non-moving party. At trial, the defendants will naturally have an opportunity to contest those facts and have the trier of fact resolve all disputed issues.